**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

David Dimmick,

Plaintiff,

v.

Brooklyn Bowl Las Vegas, LLC, et al.,

Defendants.

Case No.: 2:26-cv-01942-MMD-NJK

**Order**

[Docket No. 9]

On July 30, 2026, Plaintiff filed a notice of FRCP 26(f) conference. Docket No. 9. Discovery-related documents must be served on the affected party, not filed on the docket, unless ordered by the Court. Local Rule 26-7; Fed. R. Civ. P. 5(d)(1)(A). No such order has been entered in this case. Accordingly, the Court **STRIKES** the above-referenced document and instructs the parties to refrain from filing discovery documents on the docket in the future absent a Court order that they do so.

IT IS SO ORDERED.

Dated: August 3, 2026.

NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE