**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

DAVID DIMMICK,

Plaintiffs,

v.

BROOKLYN BOWL LAS VEGAS, LLC,

Defendant.

Case No. 2:26-cv-01942-MMD-NJK

**Order**

To date, the parties have not filed a stipulated discovery plan as required by Local Rule 26-1(a). A joint discovery plan must be filed by August 14, 2026.

IT IS SO ORDERED.

Dated: August 11, 2026

Nancy J. Koppe
United States Magistrate Judge